UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN RAYMOND AST,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PATRICK COVELLO,<br><br>　　　　Respondent. | Case No.   2:21-cv-01195-KJM-JDP (HC)<br><br>ORDER DENYING MOTION FOR TIME LIMITS FOR JUDGMENT<br><br>ECF No. 31 |

　　　Petitioner, a state prisoner proceeding *pro se* and seeking a writ of habeas corpus pursuant to section 2254, has filed a motion asking whether there is a time limit for the court to decide the issues before it. ECF No. 31. Specifically, he inquires about the anticipated timing of a final decision on the findings and recommendations that I issued on December 1, 2021, ECF No. 19. Shortly after his motion was filed, the district judge adopted my recommendations. ECF No. 32. Accordingly, petitioner's motion, which I construe as a request to expedite this case, is moot. Respondent has filed an answer to the petition, and the time limit for filing a traverse has passed. Findings and recommendations on the merits of the petition are forthcoming.

　　　Accordingly, it is ORDERED that petitioner's motion for time limits for judgment, ECF No. 31, is DENIED as moot.

1

1  
2   IT IS SO ORDERED.  
3  
4   Dated:  February 4, 2023  
   JEREMY D. PETERSON  
5   UNITED STATES MAGISTRATE JUDGE